IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION



BRADFORD LYNN EDWARDS,

        Petitioner,

v.                                                                                                          4:06cv558-WS

JAMES R. McDONOUGH, as
Secretary, Department of Corrections,
State of Florida,

        Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

        Before the court is the magistrate judge's report and recommendation docketed December 20, 2007.  See Doc. 24.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed with prejudice for failure to exhaust his available state court remedies.  The petitioner has filed objections (doc. 25) to the magistrate judge's report and recommendation.

        While conceding that he, in fact, failed to exhaust his state court remedies, the petitioner asserts that he has an "adequate explanation sufficient to establish 'cause'" for his failure to exhaust—namely that he did not have the funds to pay the required court fees.  Assuming, for the sake of argument, that a petitioner could establish cause by demonstrating an inability to pay state court filing fees, the petitioner in this case has submitted no financial-status evidence to support his inability-to-pay assertion.

Furthermore, the petitioner has fallen far short of demonstrating that he has suffered prejudice or a fundamental miscarriage of justice.  In other words, the petitioner has failed to demonstrate that his failure to exhaust should be excused.

This court having determined that the magistrate judge's report and recommendation must be adopted, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 24) is hereby ADOPTED and incorporated by reference into this order.

2.  The petitioner's amended section 2254 petition for writ of habeas corpus (doc. 15) is hereby DISMISSED with prejudice for failure to exhaust available state court remedies.

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this   11th     day of    January   , 2008.


                                              s/ William Stafford
                                              WILLIAM STAFFORD
                                              SENIOR UNITED STATES DISTRICT JUDGE